IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01655-WDM-BNB

RENEE PATTERSON,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Uncontested Motion to Vacate Settlement Conference, and Certificate of Compliance with D.C.COLO.LCivR 7.1(A) and 6.1(D)** [docket no. 20, filed January 12, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for January 19, 2007, is **VACATED**, to be reset upon the request of the parties.

DATED:  January 12, 2007